UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| COUNTY OF SUFFOLK, | **NOTICE OF <u>APPEARANCE</u>** |
| Plaintiff, | Civil Action No. 19-CV-906 |
| -against- | |
| UNITED STATES OF AMERICA, | (Feuerstein, J.) |
| | (Tomlinson, M.J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO: Clerk of Court
United States District Court, Eastern District of New York

     Please note the appearance of the following Assistant United States Attorney as additional counsel of record on behalf of defendant the UNITED STATES OF AMERICA in the above-captioned action:

>Dara A. Olds
>U.S. Attorney's Office
>Eastern District of New York
>271 Cadman Plaza East, 7th Floor
>Brooklyn, New York 11201
>(718) 254-6148 (telephone)
>(718) 254-6082 (facsimile)
>dara.olds@usdoj.gov

Dated: Brooklyn, New York
       April 16, 2019

>ROBERT L. CAPERS
>United States Attorney
>Eastern District of New York
>271 Cadman Plaza East, 7th Floor
>Brooklyn, New York 11201

           By:    /s/
           Dara A. Olds
           Assistant U.S. Attorney
           (718) 254-6148
           dara.olds@usdoj.gov

To:    All counsel of record (via ECF)